1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793

**FILED**

MAR 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:11-Cr-0123 KJM |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| RUBEN R. RIOS JR., | ) UNDER SEAL  **SEALED** |
| | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Arrest Warrants, Petition to Seal, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: 3/17/11

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1