**FILED**

MAR 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:11-cr-0123 KJM |
| Plaintiff, | ) | **UNDER SEAL** |
| v. | ) | |
| SEALED, | ) | **SEALED** |
| Defendant. | ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until further order of the court.

DATED: 3/17/11

_____
Dale A. Dr
HONORABLE DALE A. DROZD
United States Magistrate Judge

1