BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

FILED

MAR 25 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:11-CR-00123-KJM |
| Plaintiff, | ORDER UNSEALING INDICTMENT |
| v. | |
| RUBEN J. RIOS, JR., | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment and related documents in the above-captioned proceeding be and are hereby unsealed.

Date: March 25, 2011

_____
GREGORY G. HOLLOWS
Hon. Gregory G. Hollows
United States Magistrate Judge

1