```
                                              FILED
                                           March 28, 2011
       UNITED STATES DISTRICT COURT FOR THE
                                        CLERK, US DISTRICT COURT
                                         EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA       CALIFORNIA

                                             DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:11CR00123-KJM-1
          Plaintiff,                )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
RUBEN J. RIOS, JR.,                 )
                                    )
          Defendant.                )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __RUBEN J. RIOS, JR.__, Case No. __2:11CR00123-KJM-1__, Charge __18 USC § 1343__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     __ Bail Posted in the Sum of $_____

     ✓ Unsecured Appearance Bond $50,000.00

     __ Appearance Bond with 10% Deposit

     __ Appearance Bond with Surety

     __ Corporate Surety Bail Bond

     ✓ (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 28, 2011__ at __2:00 pm__.

                       By  /s/ Gregory G. Hollows
                           Gregory G. Hollows
                           United States Magistrate Judge

Copy 5 - Court