DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RUBEN J. RIOS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RUBEN J. RIOS, JR.,<br><br>        Defendant. | NO. 2:11-cr-00123 KJM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME**<br><br>Date: May 26, 2011<br>Time: 10:00 a.m.<br>Judge: Kimberly J. Mueller |

This case is currently scheduled for a status hearing on May 26, 2011. The attorneys for both parties have conferred and agree that the status conference hearing date be vacated and a change of plea hearing date of **July 21, 2011, at 10:00 a.m.** be set.

The reason for this continuance is because counsel for the United States is in the process of preparing a proposed plea agreement to defense counsel. Defense counsel will need additional time to review the proposed agreement with Mr. Rios, Jr., once the agreement is received, and for defense preparation.

It is further stipulated and agreed between the parties that the time period from May 26, 2011, through and including July 21, 2011, should be excluded in computing the time within which trial must commence

///

///

///

under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 23, 2011

                                                    Respectfully submitted,

                                                    DANIEL J. BRODERICK
                                                    Federal Defender

                                                    */s/ Matthew C. Bockmon*
                                                    MATTHEW C. BOCKMON
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    RUBEN J. RIOS, JR.

Dated: May 23, 2011                                BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    */s/ Matthew C. Bockmon for*
                                                    JEAN HOBLER
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The status conference set for May 26, 2011 is VACATED and a change of plea hearing is SET for July 21, 2011 at 10:00 a.m. Time is excluded from May 26, 2011, through and including July 21, 2011, in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 24, 2011.

                                                    UNITED STATES DISTRICT JUDGE